UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANTHEM ENTERTAINMENT, L.P.,                                    :
:
Plaintiff,              :
:                    25-CV-00056 (JAV)
-v-                     :
:                         ORDER
AGBA GROUP HOLDING LTD., et al.,                              :
:
Defendants.             :
:
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons set forth in the oral opinion delivered at the hearing held on January 5,

2026, Plaintiff's Motion for Default Judgment is GRANTED.

The Clerk of Court is directed to enter judgment against Triller Group, Inc. in the amount

of $136,299.37 in breach of contract damages and $32,465.38 in pre-judgment interest.

Furthermore, Plaintiff is awarded attorneys' fees in the amount of $11,593.80, costs of

$3,452.32, and post-judgment interest as provided in 28 U.S.C. § 1961(a).

The Clerk of Court is directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: January 20, 2026
New York, New York                    _____
JEANNETTE A. VARGAS
United States District Judge