**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHEM ENTERTAINMENT, L.P.,

                Plaintiff,

                                               25 **CIVIL** 0056 (JAV)

        -against-                           **DEFAULT JUDGMENT**

AGBA GROUP HOLDING LTD., et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated January 20, 2026, Plaintiff's motion for a default judgment is GRANTED.  Judgment is entered against Triller Group, Inc. in the amount of $136,299.37 in breach of contract damages and $32,465.38 in pre-judgment interest. Furthermore, Plaintiff is awarded attorneys' fees in the amount of $11,593.80, costs of $3,452.32, and post-judgment interest as provided in 28 U.S.C. § 1961(a); accordingly, the case is closed.

**DATED**: New York, New York
           January 22, 2026

                                 **TAMMI M. HELLWIG**

                                   **Clerk of Court**

                   **BY**: _____
                                **Deputy Clerk**